NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

THE CONSUMER LAW GROUP
Alan M. Mansfield (SBN 125998) alan@clgca.com
9466 Black Mountain Rd., Suite 225
San Diego, CA 92126
Tel: (619) 308-5034
Fax: (888) 341-5048

ATTORNEYS FOR: Plaintiffs

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

KEVIN BURWICK and HEATHER KIMBREL, Individually and on Behalf of All Others Similarly Situated,

Plaintiff(s),

v.

APPLE, INC., a California corporation; PANDORA MEDIA, INC., a Delaware corporation; and DOES 1-10, Inclusive,

Defendant(s).

CASE NUMBER:

CV11-03450 JFW (MRWx)

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Plaintiffs
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| KEVIN BURWICK | Plaintiff |
| HEATHER KIMBREL | Plaintiff |

April 21, 2011
Date

_____
Sign

Alan M. Mansfield, Attorney for Plaintiffs
Attorney of record for or party appearing in pro per