```
 1  THE CONSUMER LAW GROUP
    Alan M. Mansfield, Esq. (SBN: 125998)
 2  alan@clgca.com
    9466 Black Mountain Rd., Suite 225
 3  San Diego, CA 92126
    Tel: (619) 308-5034
 4  FAX: (888) 341-5048

 5  WOOD LAW FIRM, LLC
    E. Kirk Wood (ASB-2937-W55E)
 6  (To Apply as Pro Hac Vice)
    ekirkwood1@cs.com
 7  2900 1st Avenue South, Suite A
    Birmingham, AL 35233
 8  Tel: (205) 612-0243

 9  MAURIELLO LAW FIRM, APC
    Thomas D. Mauriello (SBN: 144811)
10  tomm@maurlaw.com
    1181 Puerta Del Sol, Suite 120
11  San Clemente, CA 92673
    Tel: (949) 542-3555
12  Fax: (949) 606-9690

13  Attorneys for Plaintiffs
```

FILED 2011 APR 22 PM 12:27 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. SANTA ANA

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| KEVIN BURWICK and HEATHER KIMBREL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE, INC., a California Corporation; PANDORA MEDIA, INC., a Delaware Corporation;, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.   CV11-03450 JFW (MRWx)<br><br>**CLASS ACTION**<br><br>**AFFIDAVIT OF VENUE** |

I, ALAN M. MANSFIELD, declare as follows:

1.  I am one of the counsel for Plaintiffs in this action and make this declaration to the best of my knowledge of the facts stated herein.

1.  Defendant Apple, Inc. is a corporation organized and existing under

1

AFFIDAVIT OF VENUE

1. the laws of the State of California, and is doing business in the County of Orange, California and throughout the United States. Its principal place of business and corporate headquarters are located in Cupertino, California.

2. Defendant Pandora Media, Inc., is a corporation organized and existing under the laws of the State of Delaware, and is doing business in the County of Orange, California and throughout the United States. Its principal place of business and corporate headquarters are located in Oakland, California.

2. The transactions of the plaintiffs which form the basis of this action, and a substantial portion of other transactions as described in the Complaint filed contemporaneously with this Affidavit, occurred in the County of Orange.

3. Plaintiffs' Complaint filed in this matter contains a cause of action for violation of the Consumers Legal Remedies Act as against Defendants Apple, Inc. and Pandora Media, Inc.

4. Per the foregoing assertions, this cause of action has been properly commenced in the proper county or judicial district for trial.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was signed on the 21st day of April, 2011, at San Diego, California.

ALAN M. MANSFIELD

AFFIDAVIT OF VENUE